**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

ROBERT W. HALL                                                                                                    PLAINTIFF

v.                                         Case No. 1:09CV00057 JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, *et al.*                                                                                              DEFENDANTS

### ORDER

John K. Baker, local counsel for defendants, has filed a motion to admit counsel *pro hac vice* of Julianna Thomas McCabe. The motion is GRANTED. Document #43. Julianna Thomas McCabe is hereby admitted to appear before this Court *pro hac vice* as co-counsel for defendants in this action.

IT IS SO ORDERED this 19th day of July, 2010.

                                                                                        _____
                                                                                        J. LEON HOLMES
                                                                                        UNITED STATES DISTRICT JUDGE