IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT W. HALL, individually and
on behalf of all others similarly situated,

    Plaintiff,
vs.                            CASE NO.  1:09-cv-0057-JLH

TRANSAMERICA LIFE INSURANCE COMPANY
and AEGON USA, INC.,

    Defendants.

_____

## JOINT MOTION FOR CONTINUANCE

Plaintiff, Robert W. Hall, by his attorneys, Matthews, Sanders & Sayes, and Defendants, Transamerica Life Insurance Company ("Transamerica") and AEGON USA, Inc. now known as AEGON USA, LLC ("AEGON USA"), by their attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., for their Joint Motion for Additional Time to Respond and to Reply, state:

1.     Plaintiff commenced this action by filing his Class Action Complaint on or about November 3, 2009.

2.     On April 13, 2010, Transamerica and AEGON USA filed a Motion to Deny Class Certification and Eliminate Plaintiff's Class Action Allegations (Doc. 24) ("Motion").

3.     Earlier this month, the Court granted the Motion.

4.     Discovery is required to conclude by August 3, 2010 (Doc. 19).

5.     The parties have been and remain engaged in discovery including written discovery requests, third party discovery, and the noticing of depositions.  However, the time required to prepare the filings related to the Motion delayed discovery, and the parties respectfully submit that a short enlargement of the discovery deadline is necessary to complete

pending discovery in an orderly fashion.

      6.     The parties estimate that an additional 90 days are needed to complete discovery.

      7.     Moreover, the Court's granting of the Motion has changed the complexion of the case and the parties need some limited, additional time in the schedule to re-evaluate Mr. Hall's remaining individual claims.

      8.     This matter has not been continued previously.

WHEREFORE, for good cause shown, Plaintiff and Defendants pray that (1) the November 1, 2010 trial date in this action be continued, (2) that the August 3, 2010 discovery cut-off in this action be extended by 90 days, and (3) for all other just and proper relief to which they may be entitled.

*/s/ Doralee I. Chandler*
Doralee I. Chandler
**MATTHEWS, SANDERS & SAYES**
825 W. Third St.
Little Rock, AR  72201
dchandler@msslawfirm.com
(501) 378-0717

- AND -

*/s/ Hilton Tomlinson (with permission)*
Frank H. Tomlinson
Attorney at Law,
15 North 21st Street, Suite 302
Birmingham, AL  35203
(205) 326-6626
htomlinson@bellsouth.net

Attorneys for Robert W. Hall

*/s/ John K. Baker*
John Baker, Esq.
**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
(501) 688-8800
jbaker@mwlaw.com

- AND -

Markham R. Leventhal, Esq.
Farrokh Jhabvala
**JORDEN BURT LLP**
777 Brickell Avenue, Suite 500
Miami, FL 33131
(305) 371-2600
ml@jordenusa.com
fj@jordenusa.com

Attorneys for AEGON USA, LLC
and Transamerica Life Insurance Company