**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

ROBERT W. HALL

           Plaintiff,

vs.                       CIVIL ACTION NO.: 1:09-CV-0057 JLH

EQUITY NATIONAL LIFE INSURANCE COMPANY
merged into LIFE INVESTORS INSURANCE
COMPANY OF AMERICA n/k/a TRANSAMERICA
LIFE INSURANCE COMPANY; LIFE INVESTORS
INSURANCE COMPANY OF AMERICA n/k/a
TRANSAMERICA LIFE INSURANCE COMPANY and
AEGON USA, INC., parent company of LIFE INVESTORS
INSURANCE COMPANY OF AMERICA n/k/a
TRANSAMERICA LIFE INSURANCE COMPANY

           Defendants.

**AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION**

PLEASE TAKE NOTICE that Defendants will take the deposition of plaintiff Robert W. Hall at the offices of Frank H. Tomlinson, Attorney at Law, 15 North 21st Street Suite 302, Birmingham, Alabama 35203.

| Witness | Date | Time |
|---|---|---|
| Robert W. Hall | Tuesday, August 3, 2010 | 9:00 a.m. |

The deposition shall be taken upon oral examination pursuant to Federal Rule of Civil Procedure 30, and the testimony shall be recorded by stenographic, video, and audio visual means pursuant to Rule 30(b)(3), before an officer duly authorized to take depositions in accordance with Rule 28 of the Federal Rules of Civil Procedure.

The deposition noticed herein is expected to last for the full seven (7) hours permitted by Rule 30 (d)(1), without prejudice to Defendants' right to seek additional time if needed for a fair and complete examination of the deponent, or if the deponent, any person, or other circumstance,

impedes or delays the examination.  The deposition is being taken for the purpose of discovery, for use at trial, and for all other purposes permitted by law.

*/s/ John K. Baker*
John K. Baker, Ark. Bar No. 97024
**MITCHELL, WILLIAMS, SELIG,**
**GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas  72201
Telephone:  501-688-8800
Email:  jbaker@mwlaw.com

and

Markham R. Leventhal
Juli McCabe
**JORDEN BURT LLP**
777 Brickell Avenue, Suite 500
Miami, Florida 33131
Telephone:  305-371-2600
Email:  ml@jordenusa.com
Email:  jt@jordenusa.com

*Attorneys for Transamerica Life Insurance Company and AEGON USA, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically upon the following by the Court's ECF system on this 22nd day of July, 2010:

Gail O. Matthews

Doralee I. Chandler

Frank Tomlinson

*/s/ John K. Baker*

2