IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT W. HALL,                                                        PLAINTIFF

v.                          Case No. 1:09-CV-00057 JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, *et al.*
                                                                      DEFENDANTS

### PLAINTIFF'S OUT OF TIME MOTION TO FILE OPPOSITION TO DEFENDANT AEGON USA, LLC'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Robert W. Hall ("Plaintiff Hall"), pursuant to Rule 6, Fed. R. Civ. P., and Local Rule 6.2, respectfully moves this Court for an extension of time to file Plaintiff's response to Defendant Aegon USA, LLC's Motion for Summary Judgment, and in support states:

1.     Defendant Aegon USA, LLC filed its Motion for Summary Judgment on November 24, 2010, the day before the Thanksgiving holiday.

2.     In light of the fact that the Motion for Summary Judgment has come in the midst of the holidays, Plaintiff Hall respectfully request a short extension of time to respond to the Motion for Summary Judgment.

3.     Plaintiff Hall's counsel has conferred with counsel for Defendant Aegon USA, LLC regarding this motion, and Defendant Aegon USA, LLC does not consent to this motion.

WHEREFORE, Plaintiff Hall respectfully requests that this Court enter an order granting Plaintiff Hall until Thursday, December 16, 2010 to respond to Defendant Aegon USA, LLC's Motion for Summary Judgment.

Respectfully submitted this ___ day of December, 2010.

/s/ Frank H. Tomlinson

Frank H. Tomlinson
Ala. Bar No. ASB-7042-T66F
15 North 21st Street, Suite 302
Birmingham, AL 35203
Tel. (205) 326-6626
Fax (205) 328-2889
htomlinson@bellsouth.net


MATTHEWS, SANDERS & SAYES
Doralee Chandler #98179
Gail O. Matthews #60025
825 West Third Street
Little Rock, AR 72201
Telephone: 501/378-0717
dchandler@msslawfirm.com
rsanders@msslawfirm.com


Attorneys for the Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on the 14th day of December, 2010, a true and correct copy of the above and foregoing instrument was duly served on the other parties herein by electronic correspondence to:

Mr. John K. Baker
Mitchell, Williams, Selig,
Gates & Woodyard, PLLC.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas  72201


Mr. Markham R. Leventhal
Jorden Burt LLP
777 Brickell Ave., Suite 500
Miami, Florida 33131


                /s/Frank H. Tomlinson