IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT W. HALL, individually and                                                              PLAINTIFF
on behalf of all others similarly situated

v.                          Case No. 1:09-CV-00057-JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                                                              DEFENDANTS

**AEGON USA, LLC'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S OUT OF TIME MOTION TO FILE
OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Defendant, AEGON USA, LLC, by its attorneys, for its Response in Opposition to Plaintiff's Out of Time Motion to File Opposition to Motion for Summary Judgment, states:

1.  On December 14, 2010, Plaintiff requested AEGON USA, LLC's assent to a 40 day extension of time to respond to AEGON USA, LLC's Motion for Summary Judgment [Doc. # 59].

2.  AEGON USA, LLC respectfully declined to assent to the requested extension because the time to respond to the subject motion had already passed. *See* Local Rules 6.2(a) and 7.2(d)(1).

3.  Contrary to Plaintiff's characterization, the litigants are not "in the midst of the holidays." Indeed, there were no federal holidays between November 26 and December 11. Plaintiff simply missed the Response deadline, and neither good cause nor

excusable neglect has been demonstrated by Plaintiff to permit the filing of an out of time Response.  *See* Fed. R. Civ. P. 6(b)(1).

WHEREFORE, AEGON USA, LLC prays that the Plaintiff's motion is denied and for all other just and proper relief to which it may be entitled.

Respectfully submitted,

*/s/ John K. Baker*
John K. Baker, Ark. Bar No. 97024
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas  72201
Telephone:  501-688-8800
Email:  *jbaker@mwlaw.com*

and

Markham R. Leventhal
**JORDEN BURT LLP**
777 Brickell Avenue, Suite 500
Miami, Florida 33131
Telephone:  305-371-2600
Email:  *ml@jordenusa.com*

*Attorneys for AEGON USA, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically upon the following by the Court's ECF system on this 15th day of December, 2010:

Gail O. Matthews
rsanders@msslawfirm.com

Doralee I. Chandler
dchandler@msslawfirm.com

Frank Tomlinson
htomlinson@bellsouth.net

The undersigned hereby certifies that a true and correct copy of the foregoing was served by first class U.S. mail upon the following on this 15th day of December, 2010:

N. Albert Bacharach
Attorney at Law
115 NE 5th Avenue
Gainsville, FL 32601-3416

Paul S. Rothstein
Attorney at Law
626 NE 1st Street
Gainsville, FL 32601-5305

                                            */s/ John K. Baker*
                                               John K. Baker