IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT W. HALL,**                                                                                       **PLAINTIFF**

v.                                         Case No. 1:09-CV-00057-JLH

**EQUITY NATIONAL LIFE INSURANCE**
**COMPANY, et al.**                                                                                       **DEFENDANTS**

**TRANSAMERICA LIFE INSURANCE COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Defendant Transamerica Life Insurance Company ("Transamerica") respectfully moves for entry of an order granting summary judgment in its favor. As grounds for this Motion, Transamerica relies upon all pleadings and matters of record, including the Statement of Undisputed Material Facts and supporting Memorandum of Law filed herewith, and states:

1.   This action involves a contract dispute relating to a supplemental cancer insurance policy (the "Policy") purchased by plaintiff Robert W. Hall in 1994 from Equity National Life Insurance Company, a predecessor of Life Investors Insurance Company of America and Transamerica. The Policy is no longer in force, but Hall alleges he was underpaid benefits for certain claims he submitted under the Policy in 2007.

2.   As articulated in greater detail in the supporting Memorandum of Law, which is incorporated into this Motion, Transamerica is entitled to summary judgment in its favor with respect to the claims pled in the Complaint.

3.       In support of this Motion, Transamerica attaches hereto and incorporates herein the following Declarations and Exhibits:

| | |
|---|---|
| Ex. 1 | Declaration of Connie Whitlock; |
| Ex. 2 | John Carreyrou, *As Medical Costs Soar, The Insured Face Huge Tab*, WALL ST. J., Nov. 29, 2007; |
| Ex. 3 | Declaration of James Byrne; |
| Ex. 4 | Declaration of Kathy Holdiness; |
| Ex. 5 | Excerpts of December 14, 2010 Deposition of Robert W. Hall; |
| Ex. 6 | Declaration of Glenn Alan Melnick, Ph.D.; |
| Ex. 7 | Declaration of Marc Chapman; |
| Ex. 8 | Declaration of Stephen Gwin; and |
| Ex. 9 | August 1, 2007 Letter from Alabama Department of Insurance to Robert W. Hall. |

WHEREFORE, Transamerica respectfully requests that the Court enter an order granting summary judgment to Transamerica and such further relief that the Court finds just and equitable.

Respectfully submitted,

*/s/ John K. Baker*

| | |
|---|---|
| Markham R. Leventhal, Esq. | John K. Baker, Esq., Ark. Bar No. 97024 |
| Farrokh Jhabvala, Esq. | **MITCHELL, WILLIAMS, SELIG,** |
| Julianna Thomas McCabe | **GATES & WOODYARD, P.L.L.C.** |
| **JORDEN BURT LLP** | 425 West Capitol Avenue, Suite 1800 |
| 777 Brickell Avenue, Suite 500 | Little Rock, Arkansas  72201 |
| Miami, Florida  33131 | Telephone:  (501) 688-8800 |
| Telephone:  (305) 371-2600 | Facsimile:  (501) 918-7850 |
| Facsimile:  (305) 372-9928 | jbaker@mwlaw.com |
| ml@jordenusa.com | |
| fj@jordenusa.com | |
| jt@jordenusa.com | *Attorneys for Defendants Transamerica Life Insurance Company and AEGON USA, LLC* |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 21, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Gail O. Matthews, Esq.
Doralee I. Chandler, Esq.
MATTHEWS, SANDERS & SAYES
825 West Third Street
Little Rock, AR 72201

Frank H. Tomlinson, Esq.
Attorney at Law
15 North 21st Street, Suite 302
Birmingham, AL 35203

Paul S. Rothstein, Esq.
Attorney at Law
626 NE 1st Street
Gainesville, Florida 32601

*Attorneys for Plaintiff*

The undersigned hereby certifies that a true and correct copy of the foregoing was served by First-Class U.S. mail upon the following on this 21st day of December, 2010:

N. Albert Bacharach, Jr., Esq.
Attorney at Law
115 NE 5th Avenue
Gainesville, Florida 32601

*/s/ John K. Baker*