**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

ROBERT W. HALL, individually and                                                                PLAINTIFF
on behalf of all others similarly situated


v.                                       Case No. 1:09-CV-00057-JLH


EQUITY NATIONAL LIFE INSURANCE
COMPANY, et al.                                                                                              DEFENDANTS


**JOINT MOTION TO EXTEND RESPONSE AND REPLY DEADLINES**

     Plaintiff, by his attorneys, and Defendants, by their attorneys, for their Joint Motion to Extend Response and Reply Deadlines, state:

     1.     AEGON USA, LLC filed in this matter a Motion for Summary Judgment [Doc. 59]. Plaintiff has filed his Response. AEGON USA, LLC has not yet filed its Reply in Support of Motion for Summary Judgment and said Reply is not yet due.

     2.     Transamerica Life Insurance Company has also filed in this matter a Motion for Summary Judgment [Doc. 76]. Plaintiff has not filed his Response to this Motion (which is not due yet), and therefore Transamerica Life Insurance Company has not yet filed its Reply.

     3.     In light of the Court's December 21, 2010 Order in this matter [Doc. 79], and the upcoming holidays, the parties respectfully request extensions for the deadlines associated with the aforementioned Response and Replies. The parties respectfully request that the deadlines be extended as follows:

- AEGON USA, LLC's Reply in Support of Motion
  for Summary Judgment due January 17, 2011

- Plaintiff's Response to Transamerica Life Insurance Company's Motion for Summary Judgment due January 17, 2011

- Transamerica Life Insurance Company's Reply in Support of Motion for Summary Judgment due January 31, 2011

WHEREFORE, for the reasons stated herein and for good cause shown, the parties respectfully request an extension of deadlines as set forth above.

Respectfully submitted,

*/s/ Doralee Chandler* (with permission)
Doralee I. Chandler
MATTHEWS, SANDERS & SAYES
825 W. Third St.
Little Rock, AR 72201
(501) 378-0717
dchandler@msslawfirm.com

- AND –

Frank H. Tomlinson
Attorney at Law,
15 North 21st Street, Suite 302
Birmingham, AL 35203
(205) 326-6626
htomlinson@bellsouth.net

*Attorneys for Robert W. Hall*

*/s/ John K. Baker*
John K. Baker
**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
(501) 688-8800
jbaker@mwlaw.com

- AND –

Markham R. Leventhal
Farrokh Jhabvala
**JORDEN BURT LLP**
777 Brickell Avenue, Suite 500
Miami, FL 33131
(305) 371-2600
ml@jordenusa.com
fj@jordenusa.com

*Attorneys for AEGON USA, LLC
and Transamerica Life Insurance Company*