# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ROBERT W. HALL, individually and　　　　　　　　　　　　　　　　　　　　PLAINTIFF
on behalf of all others similarly situated

v.　　　　　　　　　　　　　　Case No. 1:09CV00057 JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## **ORDER**

The joint motion to extend response and reply deadlines is GRANTED. Document #81. The deadlines are hereby extended as follows:

> AEGON USA, LLC's reply in support of motion for summary judgment will be due January 17, 2011

> Plaintiff's response to Transamerica Life Insurance Company's motion for summary judgment will be due January 17, 2011

> Transamerica Life Insurance Company's reply in support of motion for summary judgment will be due January 31, 2011

IT IS SO ORDERED this 23rd day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE