# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ROBERT W. HALL**                                                                                          **PLAINTIFF**

**v.**                                **NO. 1:09-CV-00057-JLH**

**TRANSAMERICA LIFE INSURANCE**
**COMPANY and AEGON USA, INC.**                                                            **DEFENDANTS**

## STATUS REPORT

Pursuant to the Court's Amended Final Scheduling Order (Docket No. 51), Defendants Transamerica Life Insurance Company and AEGON USA, LLC submit the following Status Report:

**A.     Date and Results of Any Settlement Conference.**   The parties have not participated in a settlement conference, and none is scheduled.

**B.     Settlement Prospects.**   Settlement is not likely at this time.

**C.     Outstanding Motions and Issues.**

Two dispositive motions are pending before the Court, the resolution of which may eliminate the need for a trial or narrow the issues to be tried in this action:

1. Defendant AEGON USA, LLC'S Motion for Summary Judgment (Docket No. 59); and

2. Defendant Transamerica Life Insurance Company's Motion for Summary Judgment (Docket No. 76).

On December 21, 2010, the Court entered an Order (Docket No. 79) requiring plaintiff to file a motion for leave to amend the complaint on or before January 10, 2011, with a proposed amended complaint attached, including good faith allegations sufficient to permit the Court to

exercise subject matter jurisdiction in this case. The Court indicated that it intends to dismiss this action without prejudice if plaintiff does not comply with the December 21, 2010 Order.

      **D.**    **Estimate of the Length of Trial.**   This action is set for trial during the week commencing February 28, 2011. Defendants estimate that a trial of this matter will last 4 days.

Respectfully submitted,

*/s/ John K. Baker*
John K. Baker, Ark. Bar No. 97024
**MITCHELL, WILLIAMS, SELIG,**
**GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Telephone: 501-688-8800
Email: *jbaker@mwlaw.com*

and

Markham R. Leventhal
Farrokh Jhabvala
Julianna Thomas McCabe
**JORDEN BURT LLP**
777 Brickell Avenue, Suite 500
Miami, Florida 33131
Telephone: 305-371-2600
Email: *ml@jordenusa.com*
      *fj@jordenusa.com*
      *jt@jordenusa.com*

*Attorneys for Transamerica Life Insurance*
*Company and AEGON USA, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically upon the following by the Court's ECF system on this 29th day of December, 2010:

Gail O. Matthews
rsanders@msslawfirm.com

Doralee I. Chandler
dchandler@msslawfirm.com

Frank Tomlinson
htomlinson@bellsouth.net

and, that a copy was served via U.S. Mail on the following non-CMF/ECF participants:

N. Albert Bacharach, Jr.
115 N.E. 6th Avenue
Gainesville, FL 32601
Tel: (352) 378-9859

*/s/ John K. Baker*