IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT W. HALL, individually and                                                              PLAINTIFF
on behalf of all others similarly situated

v.                                    Case No. 1:09CV00057 JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, *et al.*                                                                              DEFENDANTS

## ORDER

Without objection, the deadline for plaintiff to file his motion for partial summary judgment is extended up to and including January 14, 2011.  Document #85.

IT IS SO ORDERED this 3rd day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE