IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT W. HALL, individually and
on behalf of all others similarly situated,
PLAINTIFF

v.    Case No. 1:09-CV-00057 JLH

EQUITY NATIONAL LIFE INSURANCE
COMPANY, *et al.*
DEFENDANTS

**PLAINTIFF, ROBERT W. HALL'S
RESPONSE TO THIS COURT'S ORDER
OF DECEMBER 21, 2010**

COMES NOW Plaintiff Robert W. Hall ("Plaintiff"), by and through his counsel, and responds to this Court's Order of December 21, 2010 (DOC.# 79), as follows:

1. When Plaintiff filed his Complaint in this matter, he asserted class allegations which in good faith were believed to be meritorious. Such allegations provided this Court with subject matter jurisdiction.

2. The Court has since granted the Motion by the Defendants to deny class certification.

3. By the Court's Order (Doc. #79), the Court has now called into

question whether it still has subject matter jurisdiction based upon the amount that now is in controversy.

4. Plaintiff concedes he cannot in good faith replead that diversity under 28 U.S.C. §1332(b) still exist.

WHEREFORE, Plaintiff respectfully requests, based upon the above stated, that this Court dismiss this matter, without prejudice, and tax costs as paid.

/s/ Frank H. Tomlinson
Frank H. Tomlinson
Ala. Bar No. ASB-7042-T66F
15 North 21st Street, Suite 302
Birmingham, AL 35203
Tel. (205) 326-6626
Fax (205) 328-2889
htomlinson@bellsouth.net

Doralee Chandler #98179
Gail O. Matthews #60025
MATTHEWS, SANDERS & SAYES
825 West Third Street
Little Rock, AR 72201
Telephone: 501/378-0717
dchandler@msslawfirm.com
rsanders@msslawfirm.com

*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of January, 2011, a true and correct copy of the above and foregoing instrument was duly served upon opposing counsel via United States mail, first-class postage prepaid, to:

Mr. John K. Baker
Mitchell, Williams, Selig,
Gates & Woodyard, PLLC.
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201

Mr. Markham R. Leventhal
Jorden Burt LLP
777 Brickell Ave., Suite 500
Miami, Florida 33131

                                        /s/ Frank H. Tomlinson
                                        Frank H. Tomlinson