**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

ROBERT W. HALL, individually and on behalf of all others similarly situated — PLAINTIFF

v. Case No. 1:09CV00057 JLH

EQUITY NATIONAL LIFE INSURANCE COMPANY, *et al.* — DEFENDANTS

# ORDER

Transamerica Life Insurance Company has filed a motion for leave to file a brief addressing the issue of subject matter jurisdiction, which was raised *sua sponte* by the Court in an Order entered on December 21, 2010. That motion is GRANTED. Document #90. Transamerica will be given leave to file a brief addressing the issue of subject matter jurisdiction. The brief should address the following issues: (1) whether the allegations in the complaint were sufficient to invoke this Court's subject matter jurisdiction under 28 U.S.C. § 1332; (2) assuming the allegations were sufficient to invoke this Court's jurisdiction under 28 U.S.C. § 1332(d), what is the impact of the fact that the class action allegations were barred by the doctrine of *res judicata*; and (3) assuming the Court had jurisdiction initially, whether the Court lost jurisdiction by dismissing the class action allegations. Of course, Transamerica may address any other issues it deems relevant.

Transamerica's brief must be filed within fourteen days from the entry of this Order. Plaintiff may file a response within seven days after Transamerica's brief is filed.

IT IS SO ORDERED this 11th day of January, 2011.

J. Leon Holmes

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE