**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

ROBERT W. HALL, individually and on behalf of all others similarly situated — PLAINTIFF

v. Case No. 1:09-CV-00057-JLH

EQUITY NATIONAL LIFE INSURANCE COMPANY, et al. — DEFENDANTS

**JOINT MOTION TO EXTEND
SUMMARY JUDGMENT BRIEFING DEADLINES
PENDING COURT'S RULING ON SUBJECT MATTER JURISDICTION**

Plaintiff, by his attorneys, and Defendants, by their attorneys, jointly move to extend certain summary judgment briefing deadlines pending the Court's ruling on subject matter jurisdiction. In support of this motion, the parties state the following:

1. AEGON USA, LLC filed in this matter a Motion for Summary Judgment [Doc. 59]. Plaintiff has filed his Response. AEGON USA, LLC's Reply in Support of Motion for Summary Judgment is currently due on January 17, 2011.

2. Transamerica Life Insurance Company has also filed in this matter a Motion for Summary Judgment [Doc. 76]. Plaintiff's Response to Transamerica's Motion for Summary Judgment is currently due on January 17, 2011.

3. By Order dated January 3, 2011 [Doc. 87], this Court granted an extension of time for Plaintiff to file a Motion for Partial Summary Judgment until January 14, 2011.

4. On January 11, 2011, this Court entered an Order [Doc. 91] granting Transamerica's motion for leave to file a brief addressing subject matter jurisdiction and

ordering Transamerica to file its brief within fourteen days (by January 25, 2011). The Court also ruled that plaintiff could file a response within seven days thereafter.

5. In light of the pending issues regarding subject matter jurisdiction, the parties request that the above summary judgment briefing deadlines be extended until after this Court rules on subject matter jurisdiction as follows:

- AEGON USA, LLC's Reply in Support of Motion for Summary Judgment due 10 calendar days from the Court's ruling on the issue of subject matter jurisdiction.
- Plaintiff's Response to Transamerica Life Insurance Company's Motion for Summary Judgment due 10 calendar days from the Court's ruling on the issue of subject matter jurisdiction.
- Plaintiff's Motion for Partial Summary Judgment due 10 calendar days from the Court's ruling on the issue of subject matter jurisdiction.

WHEREFORE, for the reasons stated herein and for good cause shown, the parties respectfully request an extension of the above summary judgment briefing deadlines as set forth in Paragraph 5, or such other relief that the Court finds just and appropriate.

Respectfully submitted,

*/s/ Doralee Chandler* (with permission)
Doralee I. Chandler
MATTHEWS, SANDERS & SAYES
825 W. Third St.
Little Rock, AR 72201
(501) 378-0717
dchandler@msslawfirm.com

– AND –

Frank H. Tomlinson
Attorney at Law,
15 North 21st Street, Suite 302
Birmingham, AL 35203
(205) 326-6626
htomlinson@bellsouth.net

*Attorneys for Robert W. Hall*

*/s/ John K. Baker*
John K. Baker
**MITCHELL,WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
(501) 688-8800
jbaker@mwlaw.com

– AND –

Markham R. Leventhal
Farrokh Jhabvala
**JORDEN BURT LLP**
777 Brickell Avenue, Suite 500
Miami, FL 33131
(305) 371-2600
ml@jordenusa.com
fj@jordenusa.com

*Attorneys for AEGON USA, LLC and Transamerica Life Insurance Company*