**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

ROBERT W. HALL, individually and on behalf of all others similarly situated — PLAINTIFF

v. Case No. 1:09-CV-00057-JLH

EQUITY NATIONAL LIFE INSURANCE COMPANY, et al. — DEFENDANTS

## MOTION TO EXTEND BRIEFING DEADLINE BY ONE DAY

Transamerica Life Insurance Company ("Transamerica"), by its attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., for its Motion to Extend Briefing Deadline by One Day, states:

1. Pursuant to the Court's Order and briefing schedule of January 11, 2011 (Docket #91), Transamerica is to file by the end of today a brief addressing the subject matter jurisdiction issues raised in said order and the Court's December 21, 2010 Order (Docket #79).

2. Due to air travel this afternoon by Transamerica's lead counsel following a court appearance this morning, Transamerica believes that it will be unable to finalize and file its required brief prior to the 5:00 p.m. (central) deadline dictated by this Court's local ECF filing guidelines.

3. Because no prejudice will befall Plaintiff if Transamerica is granted another day to submit its brief and for good cause shown, Transamerica asks that it be granted until January 26, 2011 in which to file its brief required by the Court's Order and briefing schedule of January 11, 2011 (Docket #91).

WHEREFORE, for the reasons stated herein and for good cause shown, Transamerica asks that it be granted until January 26, 2011 in which to file its brief required by the Court's Order and briefing schedule of January 11, 2011 (Docket #91).

*/s/ John K. Baker*
John K. Baker
**MITCHELL,WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201
(501) 688-8800
jbaker@mwlaw.com

- AND –

Markham R. Leventhal
Farrokh Jhabvala
**JORDEN BURT LLP**
777 Brickell Avenue, Suite 500
Miami, FL 33131
(305) 371-2600
ml@jordenusa.com
fj@jordenusa.com

*Attorneys for AEGON USA, LLC and Transamerica Life Insurance Company*

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Gail O. Matthews, Esq.
Doralee I. Chandler, Esq.
MATTHEWS, SANDERS & SAYES
825 West Third Street
Little Rock, AR 72201

Frank H. Tomlinson, Esq.
Attorney at Law
15 North 21st Street, Suite 302
Birmingham, AL 35203

Paul S. Rothstein, Esq.
Attorney at Law
626 NE 1st Street
Gainesville, Florida 32601

The undersigned hereby certifies that a true and correct copy of the foregoing was served by First-Class U.S. mail upon the following on this 25th day of January, 2011:

N. Albert Bacharach, Jr., Esq.
Attorney at Law
115 NE 5th Avenue
Gainesville, Florida 32601

*/s/ John K. Baker*