**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

ROBERT W. HALL, individually and on behalf of all others similarly situated — PLAINTIFF

v. Case No. 1:09CV00057 JLH

EQUITY NATIONAL LIFE INSURANCE COMPANY, *et al.* — DEFENDANTS

**ORDER**

Transamerica Life Insurance Company's motion to extend the briefing deadline by one day is GRANTED. Document #96. Upon review of Transamerica's brief addressing the issue of subject matter jurisdiction, the Court is convinced that it has had and still has subject matter jurisdiction in this action. Therefore, the parties should submit their briefs on summary judgment pursuant to the Order entered on January 14, 2011.

IT IS SO ORDERED this 27th day of January, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE